# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

QUADRO KENYATTA MILES
ADC #103865                                                                                        PLAINTIFF

V.                                         5:04CV00409 GH/JTR

MOKA, Sergeant, Maximum Security Unit,
Arkansas Department of Correction, et al.                                        DEFENDANTS

## ORDER

On August 4, 2005, service upon separate Defendants Ferrichn and Coleman was returned as unexecuted. *See* docket entries #10 and #11. The U.S. Marshal's Office has orally informed the Court that the ADC Compliance Office was unable to accept service because it could not verify the employment of those two Defendants without having their first names or initials. Accordingly, the Court will give Plaintiff 120 days to file a Statement providing the first names or initials of Defendants Ferrichn and Coleman. Plaintiff may be able to obtain this information by conducting discovery pursuant to Fed. R. Civ. P. 26 to 34. Finally, Plaintiff is advised that, if he fails to timely and properly comply with this Order, Defendants Ferrichn and Coleman will be dismissed from this action, without prejudice, due to a lack of service.

IT IS THEREFORE ORDERED THAT Plaintiff shall file**, within 120 days of the entry of this Order**, a Statement indicating the first names or initials of Defendants Ferrichn and Coleman.

Dated this 16th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE