**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

QUADRO KENYATTA MILES                                              PLAINTIFF

V.                                    5:04CV00409 GH/JTR

MOKA, Sergeant, Maximum Security Unit,
Arkansas Department of Correction, et al.                          DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED,

WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's

November 21, 2005 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an

*in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not

be taken in good faith.

Dated this 3rd day of January, 2006.

George Howard, Jr
UNITED STATES DISTRICT JUDGE